# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Robert D. Dye, Sr.

)
)     **Bankruptcy No.** 12 B 01825
)
**Debtor(s)**     )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:    See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on **February 28, 2013 at 10:30 a.m.** In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Frances Gecker is ordered to appear and provide a status at that time.

ENTER:

_Jack B. Schmetterer_
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Robert D. Dye, Sr.
Bankruptcy No. 12 B 01825

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

**Electronic Service through CM/ECF System**

*Debtors' Attorney*

**Gerald Bauer, Jr**
Law Office of Gerald Bauer Jr.
6006 W. 159th St., Bldg A
Oak Forest, IL 60452

*Trustee*

**Frances Gecker**
325 North LaSalle Street
Suite 625
Chicago, IL 60654

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Served through First Clasee Mail**

*Debtors*

**Robert D. Dye, Sr.**
7962 W. 164th Ct.
Tinley Park, IL 60477